J. R. McGARRAH v. STATE.

No. A-1436.    Opinion Filed May 16, 1912.
Appeal from Oklahoma County Court;
John W. Hayson, Judge.

J. R. McGarrah was convicted of violating the prohibitory law, and appeals. Affirmed.

Pruiett & Sniggs, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. The plaintiff in error, J. R. McGarrah, was convicted in the county court of Oklahoma county on the 21st day of June, 1911, on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and on the 10th day of July adjudged to pay a fine of two hundred dollars and be imprisoned in the county jail for a period of thirty days. No prejudicial error appearing from the record, the judgment of the trial court is affirmed.